# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT ||||
|---|---|---|---|
| **CASE TITLE**<br>Stidhum v. 161-10 Hillside Auto Ave, LLC, et al. | **DISTRICT**<br>S.D.N.Y. || **DOCKET NUMBER**<br>1:21-cv-7163 (HG) (RLM) |
| | **JUDGE**<br>Gonzelez, U.S.D.J. || **APPELLANT**<br>Defendants 161-10 Hillside Auto Ave, LLC, et al. |
| | **COURT REPORTER**<br>N/A || **COUNSEL FOR APPELLANT**<br>Milman Labuda Law Group PLLC, Emanuel Kataev, Esq. |

| Check the applicable provision: | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)<br>N/A |
|---|---|
| ☐ I am ordering a transcript.<br>☑ I am not ordering a transcript.<br><br>Reason for not ordering a transcript:<br>☐ Copy is already available<br>☑ No transcribed proceedings<br>☐ Other (Specify in the space below): | |
| | **METHOD OF PAYMENT**   ☐ Funds   ☐ CJA Voucher (CJA 21) |
| **INSTRUCTIONS TO COURT REPORTER:**<br>☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br>☐ PREPARE TRANSCRIPT OF TRIAL<br>☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS<br>☑ OTHER (Specify in the space below): | **DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**<br>N/A |

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE<br>/s/ Emanuel Kataev, Esq. | DATE<br>11/9/2022 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** || **DATE** |

Revised June, 2017