UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------------------X
LETICIA FRANCINE STIDHUM,

                              Plaintiff,

   -against-

161-10 HILLSIDE AUTO AVE, LLC d/b/a Hillside
Auto Outlet, HILLSIDE AUTO MALL INC. d/b/a
Hillside Auto Mall, ISHAQUE THANWALLA,
JORY BARON, RONALD M. BARON, and
ANDRIS GUZMAN,

                              Defendants.
-----------------------------------------------------------------X

**Docket No.: 22-2714**

**LOCAL RULE 31.2**
**SCHEDULING NOTIFICATION**

      Notice is hereby given that pursuant to the rules of the United States Court of Appeals for the Second Circuit, Defendant-Appellants 161-10 HILLSIDE AUTO AVE, LLC d/b/a Hillside Auto Outlet, HILLSIDE AUTO MALL INC. d/b/a Hillside Auto Mall, ISHAQUE THANWALLA, JORY BARON, RONALD M. BARON, and ANDRIS GUZMAN hereby designate Wednesday, December 14, 2022, thirty-five (35) days from the date of this notice, as the date to serve and file the Defendant-Appellants' Brief, pursuant to Local Rule 31.2(b).

Dated: Lake Success, New York
       November 9, 2022

                                        **MILMAN LABUDA LAW GROUP PLLC**

                                        __*/s Emanuel Kataev, Esq.*_____
                                        Emanuel Kataev, Esq.
                                        3000 Marcus Avenue, Suite 3W8
                                        Lake Success, NY 11042-1073
                                        (516) 328-8899 (office)
                                        (516) 303-1395 (direct dial)
                                        (516) 328-0082 (facsimile)
                                        emanuel@mllaborlaw.com

                                        *Attorneys for Defendant-Appellants*