**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: November 14, 2022  
Docket #: 22-2714cv  
Short Title: Stidhum v. 161-10 Hillside Auto Ave, LLC

DC Docket #: 21-cv-7163  
DC Court: EDNY (BROOKLYN)  
DC Judge: Gonzalez

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.